UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DONALD W. STRECK,

    Petitioner,

v.                                         3:05-cv-385

STATE OF TENNESSEE,

    Respondent.

**O R D E R**

This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254. The respondent electronically filed a motion to dismiss; the respondent manually filed the addenda from the state court record in support of the motion to dismiss. Petitioner alleges he did not receive a copy of the state court addenda and moves the court to order respondent to provide a copy to petitioner; petitioner also moves for additional time to respond to the motion to dismiss after receipt of the state court documents. Petitioner's motion [Court File No. 16] is **GRANTED**. The respondent is **ORDERED** to provide petitioner, within thirty (30) days of the date of this Order, a copy of the documents that were filed manually. Petitioner shall have an additional thirty (30) days from receipt of the documents to file his response to the motion to dismiss.

**E N T E R:**

                                                    s/ Thomas W. Phillips
                                                 United States District Judge