UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DONALD W. STRECK,

    Petitioner,

v.                                                          3:05-cv-385

STATE OF TENNESSEE,

    Respondent.

## **O R D E R**

In accordance with the accompanying Memorandum Opinion, the respondent's motion to dismiss is **DENIED**. Petitioner's motion for appointment of counsel is **GRANTED**, provided petitioner qualifies for appointment of counsel. The Clerk is **DIRECTED** to send petitioner a financial affidavit (Form CJA 23).

    **E N T E R:**

                                                             s/ Thomas W. Phillips
                                                          United States District Judge