UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


DONALD W. STRECK,

          Petitioner,

v.                                                    3:05-cv-385


STATE OF TENNESSEE,

          Respondent.


**MEMORANDUM AND ORDER**


          This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On

motion of petitioner, attorney Bruce E. Poston was appointed to represent the petitioner.

Petitioner has now filed *pro se* motions for an evidentiary hearing and for summary

judgment.  Because petitioner is represented by counsel, the court's local rule prohibits him

from filing *pro se* motions.  E.D.TN. LR83.4(c).  Accordingly, petitioner's motions for an

evidentiary hearing and for summary judgment [Court File Nos. 36 and 37, respectively] are

**DENIED WITHOUT PREJUDICE**.


          **E N T E R:**


                                        s/ Thomas W. Phillips
                                        United States District Judge