UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


DONALD W. STRECK,

        Petitioner,

v.                                     3:06-cv-290

UNITED STATES OF AMERICA and
U.S. PROBATION AND PAROLE,

        Respondent.


**MEMORANDUM AND ORDER**


This is a petition pursuant to 28 U.S.C. § 2241, in which the petitioner challenges the execution of his sentence. Specifically, petitioner claims that he has been denied parole on a Tennessee state sentence due to the imposition of a federal detainer for violation of supervised release; petitioner seeks the withdrawal of the detainer. There are numerous motions pending, including petitioner's motion for appointment of counsel.

In a related habeas corpus case pertaining to petitioner's state sentence, attorney Bruce E. Poston was appointed to represent petitioner because Mr. Poston was familiar with petitioner's state court proceedings. *Streck v. State*, Civil Action No. 3:05-cv-385 (E.D. Tenn.). Under the circumstances, petitioner's motion for appointment of counsel [Court File

No. 7] is **GRANTED**.  Bruce E. Poston is **APPOINTED** counsel for petitioner in these proceedings.  All other pending motions are **DENIED WITHOUT PREJUDICE**.

**E N T E R:**

<u>            s/ Leon Jordan            </u>
United States District Judge