UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


DONALD W. STRECK,

    Petitioner,

v.                                         3:06-cv-290

UNITED STATES OF AMERICA, et al.,

    Respondent.


## MEMORANDUM AND ORDER

This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254; petitioner is represented by appointed counsel. The Clerk is **DIRECTED** to set this matter for a status conference on petitioner's pending habeas corpus cases, in light of the recent agreed order in which petitioner was sentenced to a term of imprisonment of 21 months for violation of supervised release. The status conference shall be held at **1:15 p.m.** on **Wednesday, November 14, 2007**.

The petitioner should be present for this hearing, as well as his attorney of record. Petitioner is in federal custody. Accordingly, the U.S. Marshals Service is **ORDERED** to have Donald W. Streck present in the courtroom for said status conference.

    **ENTER:**

                                                            s/ Leon Jordan
                                                     United States District Judge